UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALL FUNDS DEPOSITED OR
CREDITED TO ING GROEP N.V.,
ACCOUNT NO. NL50INGB0006696970,
NOT TO EXCEED $393,519.25,

        Defendant *in Rem*
_____/

Civil No. 4:16-cv-12620

Honorable Terrence G. Berg

# **<u>DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE</u>**

This matter having come before the Court on Plaintiff United States of America's ("United States") Motion for Default Judgment in Favor of Plaintiff and Final Order of Forfeiture as to the Defendant *in Rem*, and the Court being fully advised in the premises, it is:

**ORDERED, ADJUDGED and DECREED** that the United States' Motion for Default Judgment in Favor of Plaintiff and Final Order of Forfeiture as to the Defendant *in Rem* is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Defendant *in Rem*, which consists of All Funds Deposited or Credited to ING Groep N.V., Account No. NL50INGB0006696970, not to Exceed Three Hundred

Ninety Three Thousand Five Hundred Nineteen Dollars and Twenty-Five Cents ($393,519.25) in U.S. currency, is **FORFEITED** to the United States pursuant to 18 U.S.C. Section 981(a)(1)(C) and/or (C).

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that any right, title, or ownership interest of ING Groep N.V., Mohamed Hakiemkhan Badulkhan, J.F.A Badulkhan B.V., and/or Rosita Badulkhan-Noersalim, or their successors and assigns, to the Defendant *in Rem*, and any right, title or ownership interest of any and all other persons, or their successors and assigns, to the Defendant *in Rem* is **EXTINGUISHED**, and clear title to the Defendant *in Rem* is **VESTED** in the United States.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the United States Secret Service, or its designee, is **AUTHORIZED** to dispose of the Defendant *in Rem* according to law.

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

DATED: January 31, 2018